JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

LAZARO ELEUDIS RODRIGUEZ-QUINONES,

Petitioner,

v.

WARDEN FACILITY ADMINISTRATOR, *et al*.,

Respondents.

Case No. 5:26-cv-01846-JWH-SP

**JUDGMENT**

Pursuant to the "Order Accepting Findings and Recommendations of United States Magistrate Judge" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition is **DENIED**.
2. This action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: September 28, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE